# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE SCOTT SMITH | CIVIL ACTION |
| versus | NO. 07-2727 |
| BURL CAIN, WARDEN | SECTION: "N" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on June 15, 2010 (Rec. Doc. No. 35), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's federal habeas petition filed pursuant to 28 U.S.C. §2254 is hereby **DISMISSED WITH PREJUDICE AS UNTIMELY.**

New Orleans, Louisiana, this 21st day of June, 2010.

UNITED STATES DISTRICT JUDGE